## BERKELEY FEDERAL BANK AND TRUST, FSB *v.* JEFFREY W. NAVIN ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 16442) is denied.

*Kenneth R. Davis*, in support of the petition.

*Claudia M. Sklar*, in opposition.

Decided February 13, 1997

## STATE OF CONNECTICUT *v.* GEORGE HARRIS

The defendant's petition for certification for appeal from the Appellate Court (AC 16539) is denied.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Michael L. Regan*, assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 801 (AC 14844), is denied.